# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR AND | : | No. 680 |
| | : | |
| VICE-CHAIR OF THE CONTINUING | : | SUPREME COURT RULES DOCKET |
| | : | |
| LEGAL EDUCATION BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 13th day of November, 2015, Elizabeth G. Simcox, Esquire, is hereby designated as Chair and Kenneth J. Horoho, Jr., Esquire, as Vice-Chair of the Continuing Legal Education Board.